

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2021

No. 04-21-00011-CV

Amanda **WOOD** and C.E.W., Jr.,
Appellants

v.

Kenneth **VERNON**, Texas Department of Family and Protective Services, Katrina Fuller,
Family Endeavors, Inc.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI10235
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The reporter's record was originally due by February 15, 2021, but was not filed. On February 24, 2021, the court reporter filed a notification of late record, stating that the reporter's record has not been filed because appellant has failed to request the record in writing. We therefore **ORDER** appellant to provide written proof to this court **by March 5, 2021** that appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). The reporter's record must be filed no later than thirty days after the date appellant's written proof is filed with this court. If appellant fails to request the record in writing, the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2021.



MICHAEL A. CRUZ, Clerk of Court